James W. McConkie III (8614); Email: jmcconkie@wnlaw.com
David P. Johnson (13260); Email: djohnson@wnlaw.com
WORKMAN│NYDEGGER A PROFESSIONAL CORPORATION
60 East South Temple, Suite 1000
Salt Lake City, UT 84111
Telephone: (801) 533-9800
Facsimile: (801) 328-1707

*Attorneys for Plaintiffs*

### IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| VIVINT, INC. a Utah corporation,<br><br>　　　　　　　　　　Plaintiff,<br>　v.<br>BRIAN CHRISTENSEN, an individual<br><br>　　　　　　　　　　Defendant. | **ORDER GRANTING PLAINTIFF VIVINT, INC.'S MOTION FOR ENTRY OF DEFAULT AND ENTERING FINAL JUDGMENT AGAINST DEFENDANT**<br><br>2:18-CV-00313-JNP-PMW<br><br>**Judge Jill N. Parrish** |

　　　　THIS MATTER comes before the Court on Plaintiff Vivint, Inc's ("Vivint") *Motion for Default Judgment*. Having considered the motion, and good cause appearing therefor, the Court hereby GRANTS the *Motion for Default Judgment* and FINDS, ORDERS and ENTERS JUDGMENT against Defendant Brian Christensen ("Defendant") as follows:

　　　　1.　　　　Defendant willfully violated 15 U.S.C. §§ 1114(1), 1125(a), (c), and (d)(1)(A)–(B);

　　　　2.　　　　Defendant willfully violated Utah Code Ann. §§ 13-5A-103 and 70-3a-309(1)(a);

　　　　3.　　　　Vivint has been damaged by such violations;

　　　　4.　　　　Defendant is liable to Vivint for such violations;

　　　　5.　　　　This case is "exceptional" pursuant to 15 U.S.C. § 1117(a);

2

      6.      Judgment is entered against and Defendant is ordered to pay damages to Vivint in the amount of $22,582.99 within ten (10) days of this order.

      7.      Defendant is permanently enjoined from all use of Vivint's trademark VIVINT; and

      8.      Defendant and those provided with notice of this Order and Judgment are hereby directed to transfer and assist in the transfer of the domain "vivint.io" to Vivint within ten (10) days of its entry and/or their receipt of notice of the same.

      SO ORDERED AND ADJUDGED this ___ day of _____, 2018.

 

_____
The Honorable Jill N. Parrish
United States District Court Judge

*20218698_1.docx*