# EXHIBIT B



60 East South Temple
Suite 1000
Salt Lake City, Utah 84111
(801) 533-9800
www.wnlaw.com

J. Dustin Howell
dhowell@wnlaw.com

January 29, 2018

**VIA EMAIL**
info@directingevolution.com
info@investible.io
brian@directedcapitalpartnerts.com

**CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**

Brian Christensen
222 East 860 South
Orem, Utah 84058

    Re:        Trademark Infringement – VIVINT Marks
    Our Ref. No.:    18961.299

Dear Mr. Christensen:

    This letter is written in follow-up to our January 15, 2018 letter regarding your unauthorized use of Vivint's VIVINT mark. We have received verification of your receipt of our certified letter. We have not, however, received any response from you indicating your willingness to respect Vivint's rights. Rather, you have taken additional actions that further infringe on Vivint's trademark rights. By continuing to use Vivint's mark without Vivint's authorization, you demonstrate your blatant disregard for Vivint's rights and your willful infringement thereof. We would, therefore, appreciate the courtesy of a response in which you provide us with your written assurance that you will comply with our demands as outlined in our previous correspondence.

    As indicated in our previous correspondence, Vivint is interested in amicably resolving this matter. In order to do so, however, we must receive your assurance that you will immediately comply with our demands. Your failure to comply with our demands will force Vivint to pursue other legal action against you. Please acknowledge receipt of this letter immediately.

                                    Sincerely,

                                    WORKMAN NYDEGGER

                                  J. DUSTIN HOWELL

cc: Vivint, Inc.