**EXHIBIT C**



60 East South Temple
Suite 1000
Salt Lake City, Utah 84111
(801) 533-9800
www.wnlaw.com

J. Dustin Howell
dhowell@wnlaw.com

February 9, 2018

**VIA EMAIL**
pat@ascionelaw.com
matthew@ascionelaw.com

Patrick J. Ascione
Ascione and Associates, LLC
344 West Center Street
Orem, Utah 84057

  Re:    Trademark Infringement – VIVINT Marks
  Our Ref. No.: 18961.299

Dear Mr. Ascione:

  Thank you for your letter of January 29, 2018 regarding Brian Christensen's unauthorized use of Vivint, Inc.'s VIVINT mark. While we do not necessarily agree with the version of facts and the assertions put forth in your letter, we acknowledge Mr. Christensen's desire to meet with Vivint in an effort to work out a business relationship between the parties. Vivint will only consider meeting with Mr. Christensen after he has transferred the vivint.io domain name to Vivint.

  Please inform Mr. Christensen that his failure to promptly transfer the vivint.io domain name to Vivint will force Vivint to consider other legal alternatives. Furthermore, please also inform Mr. Christensen that Vivint, Inc. is not Vivint Solar, Inc. and that redirecting the vivint.io domain name to Vivint Solar's website does not remedy the situation.

  We look forward to receiving word of Mr. Christensen's willingness to respect Vivint's trademark rights and comply with our demands.

       Sincerely,

       WORKMAN NYDEGGER

       J. DUSTIN HOWELL