**EXHIBIT D**

| | |
|---|---|
| **From:** | Pat Ascione |
| **To:** | Dustin Howell |
| **Subject:** | RE: Trademark Infringement – VIVINT Marks Ref. No.: 18961.299 [IWOV-1.FID1921216] |
| **Date:** | Wednesday, February 28, 2018 10:00:23 AM |
| **Attachments:** | image001.jpg |

Hi, Dustin,

Regretfully, I need to inform you that I no longer represent Mr. Christensen. I appreciate your willingness to grant me an extension for a response to your last letter. Unfortunately, I am not able to make such a response.

Thank you for your professional courtesy in this matter.

Sincerely,

## Patrick J. Ascione

Managing Attorney
Ascione and Associates, LLC
344 West Center Street
Orem, Utah 84057
Office: (801)854-1200

www.ascionelaw.com

email: patrick@ascionelaw.com

CONFIDENTIALITY NOTICE. This e-mail may contain confidential information that is protected by the attorney-client or work product privilege. It is intended only for the use of the individual(s) named above and/or below. If you are not a named recipient or an employee responsible for delivering the e-mail, you are instructed not to deliver, distribute or copy this e-mail, nor should you disclose its contents or take any action in reliance on the information it contains. If you have received this e-mail in error, please notify us immediately by telephone to arrange for the return of the transmitted documents to us.

TAX NOTICE. In compliance with IRS requirements, we inform you that any U.S. federal tax advice contained in this communication and attachments is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing, or recommending to another party any transaction or matter addressed herein.

**From:** Dustin Howell [mailto:DHowell@WNLaw.com]
**Sent:** Tuesday, February 20, 2018 11:43 AM
**To:** Pat Ascione; Matthew Smith
**Subject:** RE: Trademark Infringement – VIVINT Marks Ref. No.: 18961.299 [IWOV-1.FID1921216]

Mr. Ascione,

We have not received a response to our February 9th letter (copy attached). Please let me know when we can expect a substantive response.

Regards,

J. Dustin Howell
Office-Direct: 801-322-8408
Email dhowell@wnlaw.com




**From:** Dustin Howell [mailto:DHowell@WNLaw.com]
**Sent:** Friday, February 9, 2018 4:21 PM
**To:** pat@ascionelaw.com; matthew@ascionelaw.com
**Subject:** RE: Trademark Infringement – VIVINT Marks Ref. No.: 18961.299 [IWOV-1.FID1921216]

Mr. Ascione,
Please see the letter regarding the matter between Mr. Christensen and Vivint.

Regards,

J. Dustin Howell

Office-Direct: 801-322-8408

Email <dhowell@wnlaw.com>



**From:** Pat Ascione
**Sent:** Monday, January 29, 2018 3:37 PM
**Subject:**

PRIVACY: This e-mail may contain information that is privileged or confidential. If you are not the intended recipient, please delete the e-mail and any attachments and notify the sender immediately, and do not use, copy, or disclose to anyone any of the contents hereof.

PRIVACY: This e-mail may contain information that is privileged or confidential. If you are not the intended recipient, please delete the e-mail and any attachments and notify the sender immediately, and do not use, copy, or disclose to anyone any of the contents hereof.