James W. McConkie III (8614); Email: jmcconkie@wnlaw.com
David P. Johnson (13260); Email: djohnson@wnlaw.com
WORKMAN│NYDEGGER A PROFESSIONAL CORPORATION
60 East South Temple, Suite 1000
Salt Lake City, UT 84111
Telephone: (801) 533-9800
Facsimile: (801) 328-1707

*Attorneys for Plaintiffs*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| VIVINT, INC. a Utah corporation,<br><br>　　　　　　　　　Plaintiff,<br>　　v.<br><br>BRIAN CHRISTENSEN, an individual<br><br>　　　　　　　　　Defendant. | **ORDER GRANTING PLAINTIFF VIVINT, INC.'S MOTION FOR ENTRY OF DEFAULT AND ENTERING FINAL JUDGMENT AGAINST DEFENDANT**<br><br>**2:18-CV-00313-JNP-PMW**<br><br>**Judge Jill N. Parrish** |

　　　　THIS MATTER comes before the Court on Plaintiff Vivint, Inc's ("Vivint") *Motion for Default Judgment*. Having considered the motion, and good cause appearing therefor, the Court hereby GRANTS the *Motion for Default Judgment* and FINDS, ORDERS and ENTERS JUDGMENT against Defendant Brian Christensen ("Defendant") as follows:

　　　　1.　　　　Defendant violated 15 U.S.C. §§ 1114(1), 1125(a), (c), and (d)(1)(A)–(B) to the detriment of Vivint and its rights in and to the VIVINT trademark;

　　　　2.　　　　Defendant violated Utah Code Ann. §§ 13-5A-103 and 70-3a-309(1)(a) to the detriment of Vivint and its rights in and to the VIVINT trademark;

　　　　3.　　　　Defendant is liable to Vivint for such violations;

　　　　4.　　　　Defendant is permanently enjoined from all use of Vivint's trademark VIVINT;

2

5. Defendant and those provided with notice of this Order and Judgment are hereby ORDERED and DIRECTED to immediately transfer and assist in the transfer of the domain "vivint.io" to Vivint within ten (10) days of its entry and/or their receipt of notice of the same.

6. In addition, Defendant Christensen's conduct in this case including, but not limited to, his intentional use and retention of the infringing "vivint.io" domain to the unnecessary detriment of VIVINT, renders this case "exceptional" pursuant to 15 U.S.C. § 1117(a);

7. JUDGMENT is therefore entered and Defendant is hereby ORDERED to pay attorney's fees and costs to Vivint in the amount of $17,582.99 within ten (10) days of this order.

SO ORDERED AND ADJUDGED this ___ day of _____, 2019.

_____
The Honorable Jill N. Parrish
United States District Court Judge

*20218698_1.docx*